## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHRYL MARTIN, | : |
| Plaintiff, | : Case No. 2:17-cv-01276-DSC |
| v. | : |
| CIGNA GROUP INSURANCE, AMERICAN HEALTH AND LIFE INSURANCE COMPANY, and BAYVIEW LOAN SERVICING, LLC, | : CLASS ACTION |
| Defendants. | : |

### MOTION FOR ADMISSION PRO HAC VICE OF MATTHEW M. MAHER

Matthew M. Maher, undersigned counsel for Defendant Bayview Loan Servicing, LLC, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Bayview Loan Servicing, LLC, in the above-captioned matter pursuant to L. Cv. R. 83.2 and L. Cv. R. 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Matthew M. Maher filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                        Respectfully submitted by:

                                        BLANK ROME, LLP

                                        /s/ Matthew M. Maher
                                        Matthew M. Maher (PA 203144)
                                        MMaher@BlankRome.com
                                        BLANK ROME, LLP
                                        One Logan Square
                                        Philadelphia, PA 19103
                                        Tel:   (215) 569-5461
                                        Fax:   (215) 832-5461

Dated: October 3, 2017                      Attorneys for Defendant Bayview Loan Servicing, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Matthew M. Maher and the exhibit attached thereto to be served via Federal Express and e-mail upon Plaintiff's counsel listed below:

David M. Kobylinski, Esq.
Praetorian Law Group, LLC
515 Court Place, Ste 4
Pittsburgh, PA 15219
*Counsel for Plaintiff Shryl Martin*

Martin C. Bryce , Jr., Esq.
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599
*Counsel for Defendant American Health and Life Insurance Company*

CITIFINANCIAL SERVICES, INC.
2 Court Square
Long Island City, NY 11101

CIGNA GROUP INSURANCE
Cigna Corporate Headquarters
900 Cottage Grove Road
Bloomfield, CT 06002

Dated:  October 3, 2017                     /s/ Matthew M. Maher
                                            MATTHEW M. MAHER