UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHRYL MARTIN, on behalf of herself and others similarly situated, : | CIVIL ACTION |
| Plaintiff, : | NO. 2:17-cv-01276-DSC |
| v. : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICAN (d/b/a CIGNA), AMERICAN HEALTH AND LIFE INSURANCE COMPANY, BAYVIEW LOAN SERVICING, LLC, and CITIFINANCIAL SERVICES, INC. : | |
| Defendants, | |

## ORDER

AND NOW, this _____ day of _____, 2017, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for the Admission *Pro Hac Vice* of Courtney L. Yeakel is GRANTED and, therefore, Courtney L. Yeakel, Esquire is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania in the above-captioned matter.

BY THE COURT:

_____
Honorable David Stewart Cercone

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHRYL MARTIN, on behalf of herself and others similarly situated, | : <br> : CIVIL ACTION <br> : |
| Plaintiff, | : NO. 2:17-cv-01276-DSC <br> : |
| v. | : <br> : |
| LIFE INSURANCE COMPANY OF NORTH AMERICAN (d/b/a CIGNA), AMERICAN HEALTH AND LIFE INSURANCE COMPANY, BAYVIEW LOAN SERVICING, LLC, and CITIFINANCIAL SERVICES, INC. | : <br> : <br> : <br> : <br> : |
| Defendants, | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF COURTNEY L. YEAKEL**

Courtney L. Yeakel, Esq., undersigned counsel for Defendants, American Health and Life Insurance Company and CitiFinancial Services, Inc. ("Defendants"), hereby moves that Courtney L. Yeakel, Esq. be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Courtney L. Yeakel filed herewith, which, it is averred, satisfies the

requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

*/s/ Courtney L. Yeakel*

Courtney L. Yeakel (PA I.D. No. 72139)
yeakelc@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: 215.864.8206/ F: 215.864.8999

*Counsel for Defendants,
American Health and Life Insurance
Company and CitiFinancial Services, Inc.*

Dated: December 11, 2017

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHRYL MARTIN, on behalf of herself and others similarly situated, : : : | CIVIL ACTION |
| Plaintiff, : : | NO. 2:17-cv-01276-DSC |
| v. : : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICAN (d/b/a CIGNA), AMERICAN HEALTH AND LIFE INSURANCE COMPANY, BAYVIEW LOAN SERVICING, LLC, and CITIFINANCIAL SERVICES, INC. : : : : : : | |
| Defendants, | |

**AFFIDAVIT OF COURTNEY L. YEAKEL IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

I, Courtney L. Yeakel, Esq., make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants, American Health and Life Insurance Company and CitiFinancial Services, Inc., in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Courtney L. Yeakel, Esq., being duly sworn, do hereby depose and say as follows:

1. I am an attorney of the law firm Ballard Spahr LLP.

2. Ballard Spahr LLP is located at 1735 Market Street, 51st Floor, Philadelphia, PA 19103.

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

4. My Pennsylvania bar identification number is 72139.

5. A current certificate of good standing from the Commonwealth of Pennsylvania is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of the ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

_____
Courtney L. Yeakel, Esquire

Dated: December 11, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on 11th day of December, 2017, a true and correct copy of the foregoing **Motion for the Admission *Pro Hac Vice* of Courtney L. Yeakel** has been served via the Court's Electronic Filing System upon all other counsel of record at the present time.

*[signature]*
Courtney L. Yeakel

# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Courtney Lynn Yeakel, Esq.**

### DATE OF ADMISSION

*June 10, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 8, 2017

John W. Person Jr., Esq.
Deputy Prothonotary