IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHRYL MARTIN**, | ) |
|       Plaintiff, | ) |
| v. | ) 2:17cv1276 |
| | ) **Electronic Filing** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA (d/b/a CIGNA)**, **AMERICAN HEALTH AND LIFE INSURANCE COMPANY**, **BAYVIEW LOAN SERVICING, LLC**, and **CITIFINANCIAL SERVICES, INC.**, | ) |
|       Defendants. | ) |

## ORDER OF COURT

AND NOW, this 24th day of January, 2018, defendant Bayview Loan Servicing LLC having filed a Motion to Dismiss Plaintiff's Amended Class Action Complaint with a Memorandum of Law in Support thereof and defendants Citifinancial Services, Inc. and American Health and Life Insurance Company having filed a Motion to Dismiss Counts I, II, VI and VIII of the Amended Complaint with a Memorandum of Law in Support thereof,

IT IS HEREBY ORDERED that plaintiff's response and brief in opposition to said motions shall be filed on or before **February 21, 2018**.  Defendants shall file any reply briefs on or before **March 7, 2018**.

s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge

cc:    David M. Kobylinski, Esquire
         Peter T. Kobylinski, Esquire
         Louis J. Kroeck, IV, Esquire
         Martin C. Bryce, Jr., Esquire
         Courtney L. Yeakel, Esquire
         Joseph E. Culleiton, Esquire
         Matthew M. Maher, Esquire
         Cory S. Winter, Esquire
         James A. Keller, Esquire
         (*Via CM/ECF Electronic Mail*)