IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHRYL MARTIN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:17cv1276 |
| | ) | **Electronic Filing** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA (d/b/a CIGNA)**, **AMERICAN HEALTH AND LIFE INSURANCE COMPANY**, **BAYVIEW LOAN SERVICING, LLC**, and **CITIFINANCIAL SERVICES, INC.**, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 1st day of February, 2018, in accordance with the discussions at the case management conference held on January 19, 2018, IT IS ORDERED that phase one discovery shall encompass: 1) the transaction of plaintiff purchasing the credit disability insurance in question and any policies or practices utilized in conjunction therewith; 2) the decisions resulting in or having meaningful influence on Citifinancial Services and/or American Health and Life Insurance Company's exiting the credit disability insurance market and any policies, procedures or practices utilized in conjunction therewith; and 3) the transactions, agreements and understandings through which Citifinancial Services and/or American Health and Life Insurance Company sought to comply with, resolve and/or transfer the obligations and responsibilities involving credit disability insurance as part of a service transfer of mortgages to Bayview (or the entity/entities that transferred plaintiff's mortgage to Bayview) and any policies, procedures or practices utilized in conjunction therewith or having meaningful influence on the decisions

surrounding the same.   Discovery beyond these areas, if appropriate, is reserved for a subsequent phase of this litigation.

<u>s/David Stewart Cercone</u><br>
David Stewart Cercone<br>
Senior United States District Judge

cc:     David M. Kobylinski, Esquire
        Peter T. Kobylinski, Esquire
        Louis J. Kroeck, IV, Esquire
        Martin C. Bryce, Jr., Esquire
        Joseph E. Culleiton, Esquire
        Matthew M. Maher, Esquire
        Cory S. Winter, Esquire
        James A. Keller, Esquire

        (*Via CM/ECF Electronic Mail*)