# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHRYL MARTIN, | ) Case No. 2:17-cv-01276-DSC |
| Plaintiff, | ) Judge David S. Cercone |
| v. | ) *Electronically Filed* |
| CIGNA GROUP INSURANCE, AMERICAN HEALTH AND LIFE INSURANCE COMPANY, and BAYVIEW LOAN SERVICING, LLC, | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW C. GLASS

Pursuant to LCvR 83.2-83.3, LCrR 83.2, and the Court's standing order regarding *pro hac vice* admissions dated May 31, 2006 (Misc. No. 06-151), Andrew C. Glass, undersigned counsel for Defendant Bayview Loan Servicing, LLC, respectfully moves for admission to appear and practice in this Court in the above-captioned matter as counsel, *pro hac vice*, for Bayview.

Attached to this motion in satisfaction of the requirements of the above-cited Local Rules and the Standing Order is the affidavit for admission *pro hac vice* of Andrew C. Glass.

Respectfully submitted,

Dated: May 29, 2018

*/s/ Andrew C. Glass*
Andrew C. Glass (MA BBO No. 638362)
andrew.glass@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175
**Counsel for Defendant**
**Bayview Loan Servicing, LLC**

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that on May 29, 2018, I caused copies of the foregoing papers to be served on all counsel of record via ECF transmission.

                                        */s/ Andrew C. Glass*
                                        Andrew C. Glass