## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHRYL MARTIN, | ) Case No. 2:17-cv-01276-DSC |
| Plaintiff, | ) Judge David S. Cercone |
| v. | ) *Electronically Filed* |
| CIGNA GROUP INSURANCE, AMERICAN HEALTH AND LIFE INSURANCE COMPANY, and BAYVIEW LOAN SERVICING, LLC, | ) |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY N. BLASE**

Pursuant to LCvR 83.2-83.3, LCrR 83.2 and the Court's standing order regarding *pro hac vice* admissions dated May 31, 2006 (Misc. No. 06-151), Gregory N. Blase, undersigned counsel for Defendant Bayview Loan Servicing, LLC, respectfully moves for admission to appear and practice in this Court in the above-captioned matter as counsel, *pro hac vice*, for Bayview.

Attached to this motion in satisfaction of the requirements of the above-cited Local Rules and the Standing Order is the affidavit for admission *pro hac vice* of Gregory N. Blase.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Gregory N. Blase* |
| Dated: May 29, 2018 | Gregory N. Blase (MA BBO No. 662751) |
|  | gregory.blase@klgates.com |
|  | K&L Gates LLP |
|  | State Street Financial Center |
|  | One Lincoln Street |
|  | Boston, MA 02111 |
|  | Tel: (617) 261-3100 |
|  | Fax: (617) 261-3175 |
|  | **Counsel for Defendant** |
|  | **Bayview Loan Servicing, LLC** |

2

## **CERTIFICATE OF SERVICE**

I certify that on this date I caused copies of the foregoing papers to be served on all counsel of record via ECF transmission.

                                           */s/ Gregory N. Blase*
                                             Gregory N. Blase