IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHRYL MARTIN, on behalf of herself and others similarly situated ) ) ) Plaintiff, ) ) v. ) ) LIFE INSURANCE COMPANY OF NORTH AMERICA (d/b/a CIGNA), AMERICAN HEALTH AND LIFE INSURANCE COMPANY, BAYVIEW LOAN SERVICING, LLC, and CITIFINANCIAL SERVICES, INC. ) ) ) ) ) ) ) ) Defendants. ) | Case No. 2:17-cv-01276-DSC Judge David S. Cercone |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Shryl Martin and defendants Bayview Loan Servicing, LLC, CitiFinancial Services, Inc., and American Health and Life Insurance Company, through their respective counsel, hereby stipulate and agree to dismiss the Amended Complaint (Docket No. 29) and this action with prejudice with respect to the claims of Plaintiff and without prejudice with respect to the claims of the putative class and subclass. Each Party hereby waives any right to appeal the dismissal of this action, and except as the Parties may otherwise have agreed, each Party shall bear her or its own costs and expenses, including, without limitation, attorneys' fees.

IT IS SO STIPULATED.

[signatures on following page]

1

Respectfully Submitted,

/s/ David M. Kobylinski (w/ permission)
David M. Kobylinski
dave@koby.law
Peter T. Kobylinski
pkobylinski@prlawgroup.com
Praetorian Law Group, LLC
515 Court Place, Ste. 4
Pittsburgh, PA 15219
Tel: (412) 281-6600
Fax: (412) 281-6610

Louis J. Kroeck, IV
lkroeck@gmail.com
LJK Law
355 Fifth Avenue, 12th Floor
Pittsburgh, PA 15222
Tel: (412) 712-7605
**Counsel for Plaintiff Shryl Martin**

/s/ Gregory N. Blase
Mary L. Thibadeau (Bar No. 306452)
mary.thibadeau@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
Tel: (412) 355-6500
Fax: (412) 355-6501

Andrew C. Glass (*pro hac vice*)
andrew.glass@klgates.com
Gregory N. Blase (*pro hac vice*)
gregory.blase@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
**Counsel for Defendant Bayview Loan Servicing, LLC**

/s/ Martin C. Bryce, Jr. (w/ permission)
Martin C. Bryce, Jr. (Bar No. 59409)
bryce@ballardspahr.com
Courtney L. Yeakel (Bar No. 72139)
yeakelc@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8238
Fax: (215) 864-8999
**Counsel for Defendants CitiFinancial Services, Inc. and American Health and Life Insurance Company**

Date:  December 4, 2018

**IT IS SO ORDERED this 14th day of December, 2018.**

**s/ DAVID STEWART CERCONE**
**Senior United States District Judge**